**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SURAPAN SIRIRATTANAPRASERT,　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　　　CIVIL ACTION
　　　　v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　　　NO.  26-4799-JMY
BRIAN MCSHANE, et al.,　　　　　　　　:

## ORDER FOR CONFERENCE (VIDEO)

**AND NOW**, this 24th day of July, 2026, it is **ORDERED** that a conference with the Court

will be held on **Wednesday, July 29, 2026, at 11:00 a.m**.  Counsel shall appear by video and will

be notified by Chambers staff via email of the conference link instructions.

　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　/s/ *John Milton Younge*
　　　　　　　　　　　　　　　**JUDGE JOHN MILTON YOUNGE**